IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES BRIDGES                                                                                                PLAINTIFF

v.                                                      Case No. 4:20-cv-4104

BLUESTAR SERVICES, LLC
and MAHMUT ZULIC                                                                                          DEFENDANTS

v.

AMERISAFE RISK SERVICES, INC.                                                      INTERVENOR PLAINTIFF

## ORDER

Before the Court is the parties' Joint Motion for Approval of Third-Party Settlement. ECF No. 24. The parties indicate that they have reached a settlement agreement in this matter. The parties move for the Court's approval of the terms of the settlement, and a discharge of all future liability regarding Plaintiff's claims against Defendants and Intervenor Plaintiff's subrogation claim. Defendants will make a total payment of $200,000 to Plaintiff. From that total payment, Intervenor Plaintiff will recover $43,339.17 for its subrogation claim pursuant to Miss. Code § 71-3-71. Attorney for Plaintiff, Gregory K. Davis, will be paid $70,997.00 in attorney's fees and expenses from the total payment.

Upon review, the Court approves of the terms of the settlement. Accordingly, the parties' Joint Motion for Approval of Third-Party Settlement (ECF No. 24) is hereby **GRANTED**. This matter is hereby **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. The Court retains jurisdiction to vacate this order and reopen this matter upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 24th day of January, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge